**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

---

**AUSTIN GRISHAM**                                                                           **PLAINTIFF**

**V.**                                                                         **CASE NO. 3:16-CV-00299-NBB-JMV**

**RYAN J. LONGO, ET. AL**                                                                  **DEFENDANTS**

---

**ORDER**

---

     Consistent with the deadlines set during the December 27, 2017 Status Conference, it is therefore ORDERED that the case management deadlines are as follows:

1. Plaintiffs shall designate experts by February 28, 2018.

2. Defendants shall designate experts by March 30, 2018.

3. All discovery shall be completed by April 30, 2018.

4. All dispositive and Daubert-type motions challenging another party's expert shall be filed by May 17, 2018. The deadline for motions *in limine* is fourteen days before the pretrial conference; the deadline for responses is seven days before the pretrial conference.

**SO ORDERED** this December 28, 2017.

                                  /s/ Jane M. Virden _____
                                  **UNITED STATES MAGISTRATE JUDGE**